Margaret Leslie, as Administratrix of the Estate of Edward P. Brady, Deceased, Appellant, *v.* Carrie Robinson et al., Doing Business as Robinson and Plant, et al., Respondents.

Argued November 20, 1944; decided December 30, 1944.

*Benjamin H. Siff* and *Paul I. Stern* for appellant.

*William B. Shelton* and *William J. McArthur* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. Dissenting: RIPPEY and CONWAY, JJ.